TO: THE COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION

AUSTIN TEXAS 78711

TO ABEL ACOSTA CLERK

#1 DATE 9-25-2015 #2

UNDER CAUSE NO: 21883-A OR CAUSE NO: 21883-B

#1 WRIT NO: WR-75-910-01

#2 WRIT NO: WR-75-910-02

75,910-01,02

DEAR: ABEL ACOSTA CLERK:

HELLO THERE ABEL HOW ARE YOU I HOPE THAT YOU ARE JUST DOING WELL OK NOW I NEED YOUR HELP I AM LOST BECAUSE I DONT UNDERSTAND HOW I HAVE OR WHICH CAUSE NO# IS MY REAL FIRST ONE NOW I HAVE A CARD FROM YOUR OFFICE SHOWING CAUSE NO# ONE 21883-A AND I ALSO HAVE ANOTHER CARD FROM YOUR OFFICE SHOWING CAUSE NO# TWO 21883-B IF IM RIGHT I THINK ITS CAUSE NO#ONE 21883-A OK NOW I HAVE A WRIT NO# ONE WR-75-910-01 AND NOW I HAVE ANOTHER CARD FROM YOUR OFFICE SHOWING WRIT NO# TWO WR-75-910-02 HOW IS THAT SO CAN YOU PLEASE TELL ME MY FIRST CAUSE NO# AND WHICH WRIT NO# IS MY FIRST WRIT NO# NOW I HAVE WRITTEN TO MY ATTORNEY WHO FILE MY WRIT AND IT CAME BACK SHOWING TH THAT MY WRIT WAS DENIED WITHOUT WRITTEN ORDER AND MY ATTORNEY NEVER WRITTEN ME TO SAY WHY OR NOTHING AT ALL HE WILL NOT WRITE OR RESPONSE BACK SO NOW CAN YOU HELP ME AND LET ME KNOW WHICH ONE DO I GO WITH IS THERE ANY WAY THAT I MAY RECEIVE A DOCUMENT RECORDS SHOWING WHAT ALL WAS FILE IN THIS APPEALS COURT FROM MY ATTORNEY.                     THANK YOU.

I THANK YOU FOR YOUR ATTENTION IN THIS LEGAL MATTER

MAY YOU PLEASE STAMP-FILE A COPY OF THIS LEGAL LETTER AND RETURNED BACK TO ME PETITIONER THANK YOU!!

ALSO WILL YOU HAVE THIS [LOG UNDER THE CAUSE NO#] THANK YOU.

DE-JURE X *Michael T Werner* #1481362

MR MICHAEL T WERNER

NEAL UNIT 9055 SPUR 591

AMARILLO TEXAS 79107-9696

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk